## Commonwealth ex rel. Crusenbury, Appellant, *v.* Russell.

Submitted June 14, 1965. *William E. Crusenbury,* appellant, in pro-

pria persona; *Abner H. Silver* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.